IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** *a pseudonym*, <br><br> Plaintiff, <br><br> v. <br><br> **MATT WEINTRAUB,** *et al.,* <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 23-3252-KSM** |

## ORDER

**AND NOW** this 16th day of November, 2023, upon consideration of Plaintiff's unopposed Motion to Proceed Pseudonymously and for Leave to File Exhibits Under Seal (Doc. No. 6), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's motion is **GRANTED** to the extent he seeks leave to proceed under pseudonym.

2. Plaintiff's motion is **DENIED WITHOUT PREJUDICE** to the extent he seeks leave to file under seal unredacted versions of the exhibits attached to his Complaint. Plaintiff must renew his motion to seal or file unredacted copies of the exhibits by **November 24, 2023.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**