IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** *a pseudonym*, <br><br> Plaintiff, <br><br> v. <br><br> **MATT WEINTRAUB,** *et al.,* <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 23-3252-KSM** |

## ORDER

**AND NOW** this 5th day of December 2023, it is **ORDERED** that the Court will hold **ORAL ARGUMENT** on the pending motions for summary judgment (Doc. Nos. 20, 24, 25) on **January 9, 2024 at 1:00 p.m. in Courtroom 16B**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**