IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** *a pseudonym*,<br><br>    Plaintiff,<br><br>    v.<br><br>**JENNIFER SCHORN,** *District Attorney of Bucks County, in Her Official Capacity*, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 23-3252-KSM |

**ORDER**

**AND NOW**, this 10th day of January, 2024, defense counsel having informed the Court that Jennifer Schorn replaced Matt Weintraub as the District Attorney of Bucks County, the Clerk of Court is **DIRECTED** to **SUBSTITUTE** Matt Weintraub with Jennifer Schorn on the public docket, as reflected in the caption of this Order.[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] *See* Fed. R. Civ. P. 25(d)(1) ("When a public officer is a party to an action in an official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate, and the officer's successor is automatically substituted as a party.")