**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

James Pepper, formerly known in this case     :
under the pseudonym John Doe,                 :
                                              :
                  Plaintiff,     :
                                              :
    vs.                                       :
                                              :
Jennifer Schorn,                              :
District Attorney of Bucks County,            :
in his official capacity only,                :     No. 2:23-cv-03252-KSM
                                              :
      and                                      :
                                              :
Michelle Henry,                               :
Attorney General of Pennsylvania,             :
in her official capacity only,                :
                                              :
              Defendants.     :

<u>**NOTICE OF APPEAL**</u>

Plaintiff James Pepper, formerly known in this case under the pseudonym John Doe ("Plaintiff"), appeals to the United States Court of Appeals for the Third Circuit from the Court's order of judgment dated January 10, 2024 (ECF Doc. 42).

Specifically, pursuant to Fed. R. App. Proc. 3(c)(6) Plaintiff appeals from the Court's order of judgment denying Plaintiff's motion for summary judgment against Defendant Michelle Henry, Attorney General of Pennsylvania, in her official capacity only, and from the Court's order of judgment granting Defendant Henry's motion for summary judgment as against Plaintiff.  Plaintiff does <u>not</u> appeal the Court's order and judgment as pertaining to Defendant Jennifer Schorn, District Attorney of Bucks County, in her official capacity only.

Respectfully submitted,

**METTE, EVANS & WOODSIDE**

By: _____
Aaron D. Martin
Pa. Atty. I.D. No. 76441
3401 North Front Street
Harrisburg, PA 17110
(717) 232-5000
admartin@mette.com

*Attorneys for Plaintiff/Appellant,
James Pepper, formerly known in this
case under the pseudonym John Doe*

Date: February 8, 2024.