IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** *a pseudonym*, <br><br> Plaintiff, <br><br> v. <br><br> **JENNIFER SCHORN,** *District Attorney of Bucks County, in Her Official Capacity*, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-3252-KSM |

## ORDER

**AND NOW** this 25th day of March, 2024, upon consideration of Plaintiff's Motion for Attorney's Fees and Non-Taxable Expenses Pursuant to Federal Rule of Civil Procedure 54(d)(2) (Doc. No. 44), and Defendant District Attorney of Bucks County's opposition brief (Doc. No. 45), it is **ORDERED** that Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is awarded $36,071.50 in attorneys' fees and $192.94 in costs.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON J.**